950 A.2d 979

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Larry RUSH, Appellant.**

**No. 264 CAP.**

Supreme Court of Pennsylvania.

June 26, 2008.

David S. Rudenstein, Esq., for Larry Rush.

Catherine Marshall, Esq., Philadelphia, for Commonwealth.

Robert A. Graci, Esq., Harrisburg, for Office of Attorney General.

*ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2008, the "Motion to Quash Frivolous Appeal Filed by No–Good–For–Nothing Court Appointed Lawyer ... on Behalf of the Commonwealth" is **GRANTED,** and the Commonwealth's Motion for Appointment of Counsel and Remand is **DENIED.**